TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
    1400 United States Courthouse
      312 North Spring Street, 14th Floor
      Los Angeles, California 90012
      Telephone: (213) 894-2426
      Facsimile: (213) 894-0142
      E-mail: Daniel.Boyle2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF $48,200.00 IN U.S. CURRENCY | CR MISC. No. 2:22-cm-00072<br><br>STIPULATION TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT<br><br>[PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |

It is hereby stipulated by and between the United States of America (the "Government") and claimant Nolan Minamoto Chan, ("claimant"), by and through his attorney, Ron Cordova, as to the $48,200.00 in U.S. Currency (the "seized currency") as follows:

1. Claimant has filed a written claim in the administrative forfeiture proceedings with the United States Postal Inspection Service ("USPIS") with respect to the seized currency.

2. The government asserts the USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to

all known interested parties. Under 18 U.S.C. § 983(a)(2)(A)-(E), the time has either expired or been tolled for any person to file a claim to the seized currency. No person other than claimant has filed a claim to the seized currency as required by law in the administrative forfeiture proceedings.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized currency and/or to obtain an indictment alleging that the seized currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is May 29, 2022, but the statute provides for an extension of this date by court order or upon agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to July 28, 2022, the time in which the United States is required to file a complaint for forfeiture against the seized currency and/or to obtain an indictment alleging that the seized currency is subject to forfeiture, so that the parties can determine whether a resolution is appropriate without the government having to initiate a judicial forfeiture action.

5. The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the seized currency and/or to obtain an indictment alleging that the seized currency is subject to forfeiture shall be extended from May 29, 2022 to July 28, 2022.

6. Claimant knowingly, intelligently, and voluntarily gives up any right he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the seized currency and/or to obtain an indictment alleging that the

seized currency is subject to forfeiture by May 29, 2022, and any right he may have to seek dismissal of any complaint and/or any forfeiture allegation in an indictment on the ground that it was not filed or returned on or before such date.

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a complaint for forfeiture against the seized currency and/or to obtain an indictment in connection with the seized currency be extended to and including July 28, 2022.

Dated: April 27, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/S/ *DAN G. BOYLE*
DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: April 27, 2022

/s/[1]
RON CORDOVA, ESQ.

Attorney for Claimant
Nolan Minamoto Chan

---

[1] Pursuant to C.D.Cal. LR 5-4.3.4(a)(2)(ii), AUSA Dan G. Boyle attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content, and have authorized this filing.